**MIDTOWN OFFICE**

505 8TH AVENUE
14TH FLOOR
NEW YORK, NY 10018
(212) 764-7250

# LANIN LAW P.C.



**WRITER'S DIRECT**

SCOTT L. LANIN, ATTORNEY
(212) 764-7250 EXT. 201
FAX: (646) 381-3643
SCOTT@LANINLAW.COM

March 31, 2020

**By ECF and Email Only (KarasNYSDChambers@nysd.uscourts.gov)**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street – Chambers 533
White Plains, NY 10601

> *Re:  (Our File - Zwirn-2)*
> *U.S. Bank National Association v. Zwirn et al.,*
> *United States District Court, S.D.N.Y.; Civ Action No. 19-cv-10938*

Dear Judge Karas:

We represent defendants Jeffrey M. Zwirn and Thelma Zwirn in the above-referenced foreclosure action. We write concerning the conference scheduled for April 14, 2020 to request that it be postponed during the coronavirus crisis. Governor Cuomo's Executive Order 202.8 stays enforcement of residential foreclosure actions for 90 days. The Governor's Executive Order 202.9 also has recommendations for a 90 day forbearance on certain bank loans. I believe that the President has also stayed foreclosures on federally backed loans.

In addition, due to the "stay at home" orders in New York and New Jersey, I do not have access to my firm's physical files in my Manhattan office. I reside in New Jersey. As a type-1 diabetic, I am considered to be in a higher risk category for the coronavirus and cannot travel to my office. In addition, my clients are older and in the higher risk category as well and have also temporarily relocated.

I emailed plaintiff's counsel to inform him about this and asked if there was any objection to rescheduling the conference. I have not received any response. Thank you.

Respectfully,
LANIN LAW P.C.

By: Scott Lanin

Encl.

cc: Nicholas J Bebirian, Esq., Plaintiff's Counsel (By Email
federalforeclosure@grosspolowy.com)

*The 4/14/20 conference is adjourned to 10/8/20, at 2:00.*

*So Ordered.*

*[signature]*
*3/31/20*

WWW.LANINLAW.COM
A NY PROFESSIONAL CORPORATION LAW FIRM